# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2684
LT Case No. 2009-CF-000189

_____

DENNIS LONG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Dennis Long, Bowling Green, pro se.

Ashley Moody, Attorney General, and Damaris Reynolds, Assistant Attorney General, Tallahassee, for Appellee.

October 31, 2023

PER CURIAM.

AFFIRMED. *See Brooks v. State*, 969 So. 2d 238 (Fla. 2007).

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____